# Third District Court of Appeal

## State of Florida

Opinion filed August 9, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0571
Lower Tribunal No. F14-15090
_____


**Anzagen Black,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.


Before LOGUE, C.J., and SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Soliz v. State, 18 So. 3d 1094, 1097 (Fla. 2d DCA 2009) (concluding probationer willfully violated probation terms when evidence submitted established probationer "had twenty-one 'bracelet gone notifications' and ten insufficient battery alarms"); Palma v. State, 830 So. 2d 201, 203 (Fla. 5th DCA 2002) (affirming trial court's finding that defendant willfully violated probation where, despite her allegations of mental illness, defendant had history of violating her probation); see also Harris v. State, 898 So. 2d 1126, 1127 (Fla. 3d DCA 2005) (determining competent, substantial evidence supported trial court's finding of willful probation violation notwithstanding defendant's limited intellectual capabilities).